# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-1384

**LISA WATERS,** an individual,

    Plaintiff,

v.

**AXL ACADEMY CHARTER SCHOOL**, a Colorado non-profit public charter school,

    Defendant.

---

## MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

---

    Defendant AXL Charter School ("AXL")[1] moves to dismiss pursuant to Rule 12(b)(1) and 12(b)(6), F.R.C.P., and for summary judgment pursuant to Rule 56, F.R.C.P., and in support of that motion states:

### STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

    1.  AXL has at no time had 50 or more employees.[2]

    2.  AXL grants what it calls "Family and Medical Leave" and voluntarily follows FMLA guidelines.[3]

---

[1]  AXL's corporate name does include the word "Academy."

[2]  Affidavit of Audra Philippon ¶ 2, at pp. 11, below (attached, hereinafter "Philippon Affidavit, ¶ _, at _").

[3]  Philippon Affidavit ¶ 3, at 11 (referencing attached Handbook excerpt at 12-15).

3.   While on leave Plaintiff Lisa Waters ("Ms. Waters") corresponded by email with her substitute teacher and other employees at AXL.  In this correspondence, she volunteered to undertake incidental work-related activities.  Ms. Waters expressed that she was bored and anxious; wanted to perform work-related tasks; wished stay in touch with the workplace; and wanted to be helpful.[4]

4.   AXL offered Ms. Waters employment for 2011-12 teaching third-grade boys.  Ms. Waters expressly refused this offer on more than one occasion.  The assignment available to Ms. Waters, and refused by her, was not filled until July, 2012.[5]

5.   AXL has accommodated nursing mothers, including Ms. Waters.  Ms. Waters was given a private space to express breast milk.  AXL's "in-house substitute" was tasked to cover Ms. Water's duties.  After the "in house substitute" resigned on April 12, 2011, AXL assigned several administrators to provide coverage.  This was not satisfactory (in part, it was too complex).  Ms. Waters reported this problem.  The administration agreed with Ms. Waters and arranged a simpler schedule.  Following this change (on about April 22, 2012), Ms. Waters no longer complained that she was not being accommodated.  To the contrary, she thanked all those involved in providing the accommodation.[6]

---

[4]  Philippon Affidavit ¶ 4, at 11 (referencing attached emails found at 18 – 23).

[5]  Philippon Affidavit ¶ 5, at 11-12.

[6]  Philippon Affidavit ¶ 6, at 12-13 (referencing substitute schedule attached at 24-27).

### LIST OF ATTACHMENTS

6.  The following documents are attached at the pages indicated:

|  | Page(s) |
|---|---|
| Affidavit of Audra Philippon | 11 – 13 |
| Excerpt from AXL Staff Handbook | 14 – 17 |
| Selected emails of Lisa Waters | 18 – 23 |
| Substitute schedule, Spring, 2011 | 24 – 27 |

### ARGUMENT

7.  AXL, as a public school, is an "employer" under the Family and Medical Leave Act ("FMLA").[7]  However, the FMLA excludes from the definition of "eligible *employee*" —

> ... any employee ... at a worksite at which [the] employer employs less than 50 employees if the total number of employees employed by that employer within 75 miles of that worksite is less than 50.[8]

AXL has one work site and has never had more than 37 employees.  AXL by policy provides "Family and Medical Leave," and voluntarily follows FMLA guidelines.  But as a matter of law, the Family and Medical Leave *Act* does not apply to AXL's 37 (or fewer) *employees*.  No claim predicated upon FMLA can be made in federal court by an individual, such as Ms. Waters, who was not an "eligible employee" under the statute.  AXL's voluntary behavior cannot create

---

[7]  29 U.S.C. §§ 2601 – 2654.

[8]  29 U.S.C. § 2611(2)(B)(ii).

federal jurisdiction.  Thus, Ms. Waters's Third and Fourth claims for relief must be dismissed.[9]

8.  It is not correct that Ms. Waters was "nonrenewed."  AXL proposed changing Ms.

Waters's assignment to a third grade boys class.  Ms. Waters vehemently refused this

assignment.  Thus, Ms. Waters voluntarily elected to leave her employment and suffered no

adverse employment action remediable under Title VII, and her First Claim fails to state a cause

of action.[10]  To the extent Ms. Waters also predicates her Second, Fourth and Sixth Claims on

"non-renewal," they are similarly ill-founded and should be dismissed.

9.  If FMLA applied, it would not prevent Ms. Waters from soliciting work-related

activities from fellow employees, nor prevent routine communication from AXL to Ms. Waters

while she was on leave, nor prevent a substitute or co-teacher from contacting her for incidental

assistance.  Such activities do not rise to the level of preventing Ms. Waters from enjoying the

benefits of leave with her child — which is what FMLA guarantees.[11]   That view is especially

---

[9]  All requests for dismissal in this motion are also requests for summary judgment based
on the combination of the pleadings and facts not in genuine dispute, given the affidavit and
documents attached to this motion.

[10]  *Flaherty v. Gas Research Institute*, 31 F.3d 451, 456-57 (7th Cir. 1994) (lateral transfer
not adverse employment action); *Spring v. Sheboygan Area School District*, 865 F.2d 883, 885-
86 (7th Cir. 1989) (same); *Palmer v. Denver Health Medical Center*, 2007 U.S.Dist.Ct. LEXIS
32390 *13 (D.Colo.  2009) ("A transfer without demotion or cut in pay does not constitute
materially adverse action sufficient to make out a prima facie case of retaliation/discrimination").

[11]  *Reilly v. Revlon, Inc.,* 620 F.Supp.2d 524 2009 U.S.Dist. LEXIS 45611 **25
(S.D.N.Y. 2009)("Fielding occasional calls about one's job while on leave is a professional
courtesy that does not abrogate or interfere with the exercise of an employee's FMLA rights.
When limited to the scope of passing on institutional knowledge to new staff, or providing
closure on completed assignments, *employers* do not violate the FMLA by making such calls")
(emphasis added).

apt when the employee on leave solicits and invites such contact.  Ms. Waters told AXL:

- "Let me know if you need anything!"[12]

- "Let me know if there is anything I can do from home, Eva sleeps a lot!"[13]

- "Let me know what you think.  I can also make assessments if you need me to!
  Love ya! Miss ya!"[14]

- "I can't tell you how odd it feels for me to not be teaching. ... [W]hen Eva is
  napping I find myself actually wanting to lesson plan and look for information for
  my students!  I think I need a shrink.  Anyway, I was trying to be helpful and put
  together the 2nd trimester Achievement reports in hopes that it would be helpful ....
  Let me know if there is anything else I can do to help.  Seriously, when Eva is
  asleep I do have some down time that I don't mind filling.  I'm really not one for
  napping!"[15]

- "...[W]ould you be able to send me a copy of the new report card so that I can pop
  things into the appropriate places?  Thanks!  I appreciate it!  Let me know if I can
  be of any help!  Love ya!  Miss ya!"[16]

- "Tell the girls I said hello!  Let me know how they did ... I'm super curious!"[17]

The "interference" Ms. Waters claims here was a direct product of her own repeated initiative,

and open invitations sent to School employees.  Ms. Waters *requested* work and plainly indicated

she was bored and wanted something school-related to do.  She is now complaining, in effect,

---

[12]  Email of January 26, 2011, Lisa Waters to "Allison" and "Debbie," at 18.

[13]  Email of February 3, 2011 Lisa Waters to Audra Philippon, at 19.

[14]  Email of February 8, 2011, Lisa Waters to "Allison" and "Debbie," at 20.

[15]  Email of February 8, 2011 Lisa Waters to Tammi Avila, at 21.

[16]  Email of February 10, 2011, Lisa Waters to "Allison,"at 22.

[17]  Email of February 18, 2011, Lisa Waters to "Debbie," at 23.

that her co-workers and supervisors took her at her word.  Since Ms. Waters cannot make a claim against  her own behavior, the Third Claim for Relief must be dismissed.

10.  Ms. Waters makes chip-on-the-shoulder complaints about conditions under which she worked while pregnant and took leave— e.g., that she did not receive bathroom breaks of her preferred frequency,[18] had only three days to prepare a substitute,[19] and she engaged in incidental work activities on leave.[20]   None of these, singly or in combination, amount to "adverse employment action."  Accordingly, based on these issues Ms. Waters's First, Third, and Fourth Claims must be dismissed.

11.  More importantly, there is no allegation that the inconveniences or workplace friction Ms. Waters encountered was in any respect more difficult for her than the treatment of non-pregnant but otherwise similarly affected employees.  The Pregnancy Discrimination amendment to Title VII[21] enacts a purely comparative rule: pregnant employees are to be treated similarly (i.e., as well or as badly) as others.[22]   Here there is no allegation non-pregnant employees were relieved of every inefficiency and conflict in a newly-opened charter school — an implausible

---

[18]  Complaint ¶ 27.

[19]  Complaint ¶ 31.

[20]  Complaint ¶ 34.

[21]  42 U.S.C. § 2000e(k).

[22]  *Troupe v. The May Department Stores*, 20 F.3d 734, 738 (7th Cir. 1994) ("The Pregnancy Discrimination Act does not, despite the urgings of feminist scholars … require employers to ... make it easier for pregnant women to work ….  Employers can treat pregnant women as badly as they treat similarly affected but nonpregnant employees.").

suggestion on its face.[23]  Accordingly, Ms. Waters's First Claim for relief must be dismissed.

12.  For purposes of paragraphs 12 and 13 of this motion, AXL assumes *arguendo* that the reasoning of the Pregnancy Discrimination amendment to Title VII could extend to breast feeding — i.e., it may be that an employer must have "the same" response to an employee's need to engage in breast-feeding activities that the employer would have to a comparable need not unique to one sex.[24]  Once again, Ms. Waters complains about the imperfection of the work environment — that the sub schedule for expressing breast milk had to be reorganized twice after the original substitute quit[25] — rather than true adverse action.  This was nothing more than a routine frustration of work life.  Commonly, when an individual assigned an important task quits it falls to others to pick up the slack, and not every plan made in such circumstances is perfect at its inception.  This is not "adverse action" supporting a Title VII claim (by itself, or in combination with the similar frustrations listed in paragraph 10).  To the contrary, the back-and-forth between Ms. Waters and AXL administration is the type of "interactive process" that often accompanies a need for accommodation.[26]  Accordingly, the First Claim must be dismissed.

---

[23]  See also Philippon Affidavit ¶ 7, at 13.

[24]   It is not clear whether this legal theory is being asserted.  See *Complaint* ¶ 55 (unspecified actions "after" return from leave alleged to support claim of sex discrimination).  If it is, it is factually unfounded.

[25]  See above ¶ 5.

[26]  Compare 29 C.F.R. § 1630.2(o)(3) (Americans with Disabilities Act may require informal interactive process as part of accommodation).

13.  Given no comparison of Ms. Waters to a non-breast-feeding employee who needed comparable accommodations but was treated more favorably — indeed, absent a hint that any non-breast-feeding-related accommodation was more effective — there is no claim under a comparable treatment theory.  Again, Ms. Waters's First Claim fails to state a cause of action.

14.  Ms. Waters's Second Claim for Relief has the same legal content as her First Claim and must be dismissed for all reasons discussed above.

15.  Ms. Waters's Second and Fifth[27] Claims for Relief sound, if at all, under Colorado law.  In the absence of a valid federal claim there is no federal jurisdiction over these issues, and these claims must be dismissed.

16.  Ms. Waters has failed to comply with a mandatory condition precedent to litigation of her Fifth Claim, "nonbinding mediation between the employer and employee."[28]  On this basis, this claim should be dismissed without prejudice.

17.  AXL's accommodations to Ms. Waters's breast-feeding activities were made in good faith and substantially effective.[29]  Thus, the Fifth Claim, sounding under state law, must be dismissed with prejudice.

---

[27]  The Complaint mis-cites this statute as C.R.S. § 18-13.5-102, et seq.  It is C.R.S. §§ 8-13.5-101 – 104.

[28]  C.R.S. § 8-13.5-104(5) ("Before an employee may seek [sic] litigation for a violation of this section, there shall be nonbinding mediation between the employer and the employee").  See Philippon Affidavit, ¶ 6, at 11.

[29]  Paragraph 5, above.

18.  Ms. Waters Sixth Claim for Relief is apparently made as a matter of state law. There is no "federal general common law"[30] that would support a tort claim here.   And in the absence of a valid federal claim, there is no federal jurisdiction over any state legal theory.  Thus, the Sixth Claim must be dismissed for lack of jurisdiction.

19.  Ms. Waters's Sixth Claim also fails to state a claim.  There is no violation-of-public-policy tort for failing to follow a statute that provides employees statutory relief.  Such tort theories typically exist to fill a "gap" in a statutory scheme and to prevent adverse employment from frustrating a separate statutory "policy."  Each statute cited here, in contrast, expressly prohibits adverse employment decisions.  That is, here, the "public policies" consist of a list of two federal and two state statutes, each of which provides its own express, at times elaborate, scheme of relief for employees.  There is no tort of failing to follow FMLA — there is a statutory cause of action. There is no tort of failing to follow Title VII — Title VII stands, quite capably, on its own.  In short, either claims are stated under these statutes, or — as demonstrated above — they are not.  Mixing them together in a gumbo and calling it "policy" adds nothing of legal substance and accordingly fails to state a claim for relief separate from Ms. Waters's other claims.  Simply, the Sixth Claim fails to state a competent legal cause of action.

WHEREFORE, as all of Ms. Waters's claims are untenable in fact and law, this case should be dismissed in its entirety.

---

[30] *Erie Railroad Company v. Tompkins*, 304 U.S. 64, 78 (1938).

RESPECTFULLY SUBMITTED,
KUTZ & BETHKE LLC

William P. Bethke # 11802
wpbethke@lawkb.com
Kristin A. Kutz, # 12368
kakutz@lawkb.com
363 S. Harlan Street, Suite 104
Lakewood, CO 80226
(303) 922-2003 (v)
(303) 922-2878 (fax)

Certificate of Service

I certify that the foregoing MOTION TO DISMISS AND FOR SUMMARY
JUDGMENT, together with the attachments listed below, was served on the Plaintiff by a true
copy being electronically mailed and a true copy being placed in United States mail, first class,
postage prepaid, this 27 day of July, 2012, respectively addressed to

lvanlandschoot@thelitbot.com

Leah P. VanLandschoot
The Litigation Boutique LLC
1720 S. Bellaire St., Ste. 805
Denver, CO 80222

### AFFIDAVIT OF AUDRA PHILIPPON

Audra Philippon, being first duly deposed, swears and affirms that:

1.  My name is Dr. Audra Philippon and I have been the Head of School for AXL

Academy Charter School since August, 2008, when the AXL opened.

2.  From its inception, AXL has had the following number of employees:

*   2007-08, 4 employees.  This was our planning year. The school did not open until
    August 2008;

*   2008-09, 21 employees;

*   2009-10, 23 employees;

*   2010-11, 31 employees;

*   2011-12, 35 employees;

*   2012-13, 37 employees (as of this date).

3.  Attached as Exhibit 1 (pp. 12-15, below) is a true copy of an excerpt from the 2010-11

AXL Employee Handbook.   As reflected in that excerpt, AXL offered through the Handbook

what it called "Family and Medical Leave."  AXL used and uses the federal Family and Medical

Leave Act as a guideline for such leave.

4.  Attached as Exhibit 2 (pp. 16-21) are true and correct copies of emails addressed by

Plaintiff Lisa Waters to various AXL Academy staff, including myself, during the period she

took "Family and Medical Leave" under AXL policy in 2011.

5.  On or about April 7, 2011, in the presence of another administrator, Tammi Avila, I

personally offered Ms. Waters an assignment for the 2011-12 school year teaching third grade

boys. Ms. Waters refused this assignment. I asked Ms. Waters to please reconsider taking the third grade position. When this meeting ended, the third grade position remained open for Ms. Waters to take, at her option. I later followed up and informed Ms. Waters the third grade assignment remained open and unfilled. She continued to state she would not take this assignment. The third grade boys assignment remained open and unfilled until July, 2011.

6. AXL has accommodated several employees who needed to nurse or to pump breast milk. On March 21, 2011, two days before her return from maternity leave, Ms. Waters asked for accommodation for this purpose — in addition to lunch break, which was automatically available. I immediately approved the request and assigned the "in house substitute" AXL then employed to relieve Ms. Waters from approximately 2:00 p.m. to 2:20 p.m. each day. Ms. Waters was also given a private location to express breast milk. To my knowledge, this arrangement worked without incident or complaint until the in-house substitute resigned, on April 12, 2011. At that time, several administrators volunteered to be available to relive Ms. Waters. That system did not work well — individuals became confused over who had taken this duty on which day, or got called away to emergencies. On April 22, 2011, Ms. Waters spoke about these problems with Nathan Byrne, the AXL Director of Operations. Mr. Byrne immediately relayed Ms. Waters's concerns to me. I immediately assigned Mr. Byrnes to be responsible for being sure there was daily coverage for Ms. Waters. We also scheduled this duty into the AXL daily "sub calendar," which is attached as Exhibit 3 (pp. 22-25). Both Mr. Byrne and Mr. Gar Woetendyke, Chief Operating Officer, often provided coverage for Ms. Waters from April 22 forward. After April 22, I followed up with Mr. Byrne and Ms. Waters to see if the

coverage was working as planned.  Ms. Waters indicated it was and expressed gratitude for this

accommodation.  She also profusely thanked several of the volunteers who provided coverage.

At no time did Ms. Waters request mediation or any other form of dispute resolution regarding

accommodation of her need to pump breast milk.

7. Ms. Waters was at no time treated less favorably than non-pregnant employees,

employees who had not taken Family and Medical leave, or non-nursing employees, with similar

needs.

FURTHER AFFIANT SAYETH NOT.

_____

Dr. Audra Philippon

Sworn and subscribed before me this 26th day of July, 2012.

_____

Notary Public

My Commission expires: 11/18/2012

AMY WINSTON
NOTARY PUBLIC

STATE OF COLORADO
My Commission Expires 11/18/2012

EXHIBIT I

AXL ACADEMY
STAFF HANDBOOK
2010–2011

## MISSION

---

AXL believes that all students deserve an outstanding education including both the challenges and the supports to prepare for college.

AXL prepares students to create their own futures with an ambitious, language-enriched education in a safe and stimulating environment.

AXL delivers high academic achievement, character development, and social equity through an active pedagogy and a strong school culture.

We call it a *Revolution in Learning*.

## VISION

---

AXL is a school of choice for girls and boys where students develop the power to think, the confidence to act, and a sense of responsibility for one another. All college preparatory schools expect their students to excel in a rigorous academic program. AXL asks more – that students discover how they learn, that they take intellectual delight in their education, and that they gain the courage and integrity to create their own futures.

## AXL'S THEORIES OF ACTION

---

If all AXL community members believe that everyone can learn,
then all students achieve.

If all AXL community members accept responsibility to provide opportunities for everyone to learn, then all students achieve.

If all AXL community members actively support the school's vision,
then all students achieve.

If all AXL community members maintain a sense of urgency,
then all students achieve.

If all AXL community members act with respect, responsibility, craftsmanship, stewardship, courage, and integrity in our relationship with each other,
then all students achieve.

Revised 8.2.10

This Staff Handbook is intended to serve as a guide to all AXL employees, describing our basic personnel guidelines. AXL Academy reserves the right to alter established employment guidelines that may not be contained in the Handbook.

AXL Academy reserves the right to make changes with or without notice to the guidelines described in this Handbook; moreover, because it is impossible to anticipate every situation that may arise, AXL Academy reserves the right to address a situation in a manner different from any described in this Handbook.


## SCHOOL INFORMATION

AXL Academy
14100 E Jewell Ave
Aurora, CO  80012
303-377-0758 phone
303-597-1547 fax
www.axlacademy.org


Employee email addresses consist of the employee's first name @axlacademy.org.  For example, Audra Philippon's email address is audra@axlacademy.org.

In the event of emergency or need to reach all AXL employees immediately, please use this contact sheet as a phone tree.  You will be called by the person listed above you alphabetically, and you are responsible for calling the next person below you alphabetically as quickly as possible with the information given.  If you are not able to speak to the person, leave the information on his or her in a voicemail AND call the person below him or her to keep the phone tree moving.

## PERSONAL LEAVES

### Personal & Sick Leave

Each employee of AXL is entitled to 4 personal days and 4 sick days during each school year. Days of absence do not accrue from year to year.

Teachers are expected to call the Office Manager by 6:30am on a sick day at the latest, so that they can locate a substitute for any absences. Except in unusual circumstances, other teachers or staff members employed at the school will substitute. At least 24 hours notice is required for any personal day, and more notice is greatly appreciated when possible.

### Family Leave

Any employee of AXL Academy, who is employed at the start of an academic year, may take up to a total of 12 weeks of unpaid Family and Medical leave during that academic year. Employees who start employment during an academic year are provided with unpaid Family and Medical leave on a prorated basis, based on the estimated percentage of the academic year remaining, as determined by AXL Academy at its discretion.

Family and Medical leave may be used for one or more of the following reasons: (1) the birth and care of an employee's child; (2) placement with an employee or employee's spouse of an adopted or foster child; (3) to care for the employee's spouse, child, or parent, if they have a documented, serious health condition; or (4) when the employee is unable to perform the functions of his or her position because of a serious health condition. "Serious health condition" means an illness, injury, impairment or physical or mental condition that involves inpatient care in a hospital, hospice or residential medical care facility, or that involves continuing treatment by a health care provider.

Family and Medical Leave may be taken intermittently or on a reduced leave schedule only for an employee's serious health condition or when the employee's leave is for the caring for the employee's spouse, child or parent with a serious health condition, and only when the intermittent or reduced leave schedule is medically necessary. Intermittent means sporadic. For example, you may need to take a Family and Medical leave four days per month during a six-month period for a prescribed medical treatment. A reduced leave schedule is a part-time schedule. For example, you may need to work four hours a day for a certain period of time so that you can obtain physical therapy.

Please contact the Head of School as soon as possible if you need a Family or Medical leave. Additional information will be provided when a leave is requested. Unless your need for leave is not foreseeable, you must provide 30 days' advance notice of your request for leave and must obtain advance written approval from the Head of School. You may be required to provide documentation to, and have periodic communications

Revised 8/24/11

with, AXL Academy substantiating your basis for taking a Family and Medical leave of absence.

Family and Medical leave is unpaid.  Family and medical leave time is not accumulated from one academic year to the next.  Employees will not be paid for the unused Family and Medical leave time upon the termination of employment or at the end of an academic year.  During your Family and Medical lave, AXL Academy will continue to pay the employer's share of premiums for your group medical plans.

Any employee who falsifies the reason for taking a Family and Medical leave may be disciplined, including the possible termination of employment.

### Jury/Witness Duty

A Jury Duty Leave of Absence may be given for employees who are called to serve on jury duty or subpoenaed to serve as a witness in a criminal or civil proceeding.  The employee will be paid the difference between his or her regular pay and all moneys paid to the employee by the court, for a maximum of five working days.

Employees who are required to serve for more than five working days may take time off, without pay, for the balance of the jury duty. Upon completion of jury duty, a Verification of Attendance Form must be presented to AXL Academy.  Employees who are excused from jury duty for the day, or are excused early, should report to work when it is practical to do so. An employee who is called to serve on jury duty at a time that would unreasonably interfere with normal educational and business operations may request that the required service be rescheduled for a later date that would be more convenient for AXL.

### Military Duty

A Military Leave of Absence is for required military service.  AXL Academy complies with applicable state and federal law concerning leaves for military service.

### Voting

Employees may take up to two hours off for voting at either the beginning or at the end of their scheduled work hours if arrangements are made with their supervisor at least one day before elections.  The supervisor may specify whether the time will be taken at the beginning or the end of the employee's scheduled work hours.

### Bereavement

Employees are eligible for paid Bereavement Leave, granted to arrange and/or attend the funeral of an immediate family member.  Immediate family member, for the purpose of this policy, include the employee's grandparents, parents, step-parents, legal spouse, mother-in-law, father-in-law, brother, sister, or child.

EXHIBIT 2

Sorry here it is for real.

http://mail.axlacademy.org/edgedesk/cgi-bin/viewmail.exe?id=...

**From:** lisa@axlacademy.org <lisa@axlacademy.org>

**To:** allison@axlacademy.org

**Cc:** debbie@axlacademy.org

**Date:** Wednesday, January 26, 2011 12:37 pm

**Subject:** Sorry here it is for real.

**Attachments:** comparison coloring sheets for 100s day.docx (700KB)

so i snazzed up the comparison coloring sheets for friday!  Let me know if you need anything!

7/17/12 1:35 PM

Re: Hello from home!                                                              http://mail.axlacademy.org/edgedesk/cgi-bin/viewmail.cxc?Id=...

**From:** Audra Philippon <audramp@mac.com>

**To:** lisa@axlacademy.org
**Cc:** Finance <finance@axlacademy.org>
**Date:** Thursday, February 03, 2011 04:25 pm
**Subject:** Re: Hello from home!
**Attachments:**

On Feb 3, 2011, at 1:22 PM, lisa@axlacademy.org wrote:

Hello!
I hope that everything is going well at school.  I am enjoying every moment with sweet little Eva!  She is absolutely perfect in every way and I can't wait for you to meet her!  I know things are incredibly busy but I was told I need to get a number for Bart Skidmoore so that I can get Eva on Health Insurance.  I appreciate your time!  Let me know if there is anything I can do from home, Eva sleeps alot!
Take Care,
Lisa

report cards                                          http://mail.axlacademy.org/edgedesk/cgi-bin/viewmail.exe?id=...

**From:** lisa@axlacademy.org <lisa@axlacademy.org>

**To:** allison@axlacademy.org

**Cc:** debbie@axlacademy.org

**Date:** Tuesday, February 08, 2011 01:04 pm

**Subject:** report cards

**Attachments:** 📎 winter achievment report 2011.doc (98KB)

Let me know what you think.  I can also make assessments if you need me to!

Love ya!  Miss ya!

Lisa

1 of 1                                                                    7/17/12 1:36 PM

Re: 2nd trimester Achievement Report                    http://mail.axlacademy.org/edgedesk/cgi-bin/viewmail.exe?id=...

**From:** Tammi Avila <tammijavila@gmail.com>

**To:** lisa@axlacademy.org
**Cc:**

**Date:** Tuesday, February 08, 2011 10:31 pm
**Subject:** Re: 2nd trimester Achievement Report
**Attachments:**

Hope you are doing well. Can't wait to meet little Eva!!

Thanks for the reports, I am sure they will be helpful.

On Tue, Feb 8, 2011 at 7:13 PM, <lisa@axlacademy.org> wrote:
> Hello!
> I hope things are going well!  I can't tell you how odd it feels  for me to
> not be teaching.  Don't get me wrong I love all my time with Eva and I
> wouldn't trade it for anything but in the down time when she is napping I
> find myself actually wanting to lesson plan and look for information for my
> students!  I think I need a shrink.  Anyway, I was trying to be helpful and
> put together the 2nd trimester Achievement Report in hopes that it would be
> helpful to Allison and Debbie for making sure that they have hit all of the
> necessary assessments.  I went through our Target Assessment Planner and
> filled in the pieces.  Let me know if there is anything else I can do to
> help.  Seriously, when Eva is asleep I do have some down time that I don't
> mind filling.  I'm really not one for napping!  hahahaha
> Thanks Again for getting my report cards put in files.  I'm so sorry that I
> somehow messed that up.
> I look forward to hearing from you!
> Lisa
>

-----Original Message-----
**From:** lisa@axlacademy.org [mailto:lisa@axlacademy.org]
**Sent:** Thursday, February 10, 2011 03:00 PM
**To:** allison@axlacademy.org
**Subject:** Re: Lesson plans

Hey you!
Since I don't have access to the server would you be able to send me a copy of the new report card so that I can pop
things into the appropriate places?  Thanks!  I appreciate it!  Let me know if I can be of any help!
Love ya!   Miss ya!
Lisa

Re: Achievement Reports

http://mail.axlacademy.org/edgedesk/cgi-bin/viewmail.exe?id=...

**From:** lisa@axlacademy.org <lisa@axlacademy.org>

**To:** debbie@axlacademy.org

**Cc:**

**Date:** Friday, February 18, 2011 02:12 pm

**Subject:** Re: Achievement Reports

**Attachments:**

Hello!
I hope everyone is feeling better! Tell the girls I said hello! Let me know how they did on their DRA testing, I'm super curious! I think it is a great idea for us to meet up about portfolios. I was thinking the end of next week, that way we can make assessments for anything that might be missing and you can give them and add scores that following week. Let me know what you think!
Peace out!
Lisa

# March 2011

## Sub/Coverage Schedule

AXL Academic Calendar
Sub Schedule
calendar

EXHIBIT 3

February 2011
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 |   |   |   |   |   |

April 2011
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 27 | 28 | 1 — 12:15 PM Audrey support KH; 3:45 PM Audrey Support KH | 2 — Tracie subs for Sylvia; Sylvia needs coverage; 11:45 AM Kaaren covers KM and Audrey covers KH | 3 — 12:15 PM Audrey support KH; 3:45 PM Audrey Support KH | 4 — Student sent Conferences | 5 |
| 6 | 7 — Carolyn needs coverage; 11:00 AM Nancy in 2T; 12:15 PM Audrey support KH; 3:45 PM Audrey Support KH | 8 — 12:15 PM Audrey support KH; 3:45 PM Audrey Support KH | 9 | 10 — 12:15 PM Audrey support KH; 3:45 PM Nancy Cover Tulane Dismissal; 3:45 PM Audrey Support KH | 11 — 11:00 AM Audrey Cover 2T | 12 |
| 13 | 14 — Nathan Cole Ann subs for Kaaren; Kaaren subs for Reed; 11:45 AM Recess?; 12:15 PM Audrey support KH; 3:00 PM Audrey covers Aria – 3C; 3:30 PM Audrey covers Micah – 3B | 15 — 11:45 AM Recess??; 12:15 PM Audrey support KH; 3:00 PM Audrey covers Aria – 3C; 3:30 PM Audrey covers Micah – 3B | 16 | 17 — 12:15 PM Audrey support KH | 18 — 8:00 AM Ryan subs for Nichole; 11:30 AM Recess Duty Coverage Needed | 19 |
| 20 | 21 — 8:00 AM Dabbie subs for Aria; 11:15 AM Audrey covers recess duty; 12:15 PM Audrey pick up 2T from recess; take class to class; 2:00 PM Dabbie Recess for 1W | 22 — 12:15 PM Audrey support KH; 2:00 PM Dabbie Recess for 1W | 23 — Debbie Subs for KH; Audrey Sub of KH; Lisa returns to work | 24 — Audrey subs for Caitlin; 2:00 PM Dabbie Recess for 1W | 25 — 12:15 PM audrey pick up 2T from recess; 2:00 PM Dabbie Recess for 1W | 26 |
| 27 | 28 — Spring Break - No School | 29 | 30 | 31 |   |   |

# April 2011

AXL Academic Calendar
Sub Schedule
calendar

Page 25

March 2011
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

April 2011
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

May 2011
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4<br>9:20 AM Debbie Support Carolyn<br>2:00 PM Debbie Recess for 1W | 5<br>8:25 AM Debbie Covers 4L<br>2:00 PM Debbie Recess for 1W | 6<br>Debbie Cover CC Crash<br>8:00 AM Lodia covers JBU<br><br>Audra + Tammi office Lisa in 3rd grade position for 2011-12. | 7<br>12:00 PM Nancy subs for Micah<br>2:00 PM Debbie Recess for 1W | 8<br>Debbie subs for Julie<br>Audrey and Nancy Sub CC Crash<br>9:30 AM Return all CSAP Materials<br>2:40 PM Tammi Recess for 1W | 9 |
| 10 | 11<br>Debbie Sub for Julie<br>2:00 PM Tammi Recess for 1W<br>3:15 PM Nancy Covers KM | 12<br>Class Photo Day<br>9:30 AM Debbie Covers Becky<br>11:30 AM Debbie covers recess duty<br><br>Debbie (sub)quits | 13<br>Nancy Sub for Bryan<br>11:00 AM Kaarem cover 1W, Aria cover 1S, Micah cover 2T<br><br>Lisa covered to observe colleague | 14<br>8:30 AM Becky Model lesson for Allison<br>1:15 PM Nancy cover KM | 15<br>Kaarem Cover Laura, Audrey sub Kaarem<br>Nancy Out<br>11:15 AM nancy takes 2T to lunch (15 minutes)<br>11:15 AM Rachel covers Aria<br>11:45 AM nancy covers audra recess duty<br>3:00 PM Ryan Covers 1W<br><br>Lisa leaves early | 16 |
| 17 | 18<br>9:30 AM Tammi cover 3B<br>2:00 PM Audrey sub recess | 19<br>8:25 AM Tammi Covers Lisa<br>9:00 AM Nancy Covers Lisa<br>1:30 PM Tammi Covers 3C<br><br>Lisa covered to collaborate with colleague | 20<br>8:00 AM Kaarem cover 1W<br><br>Lisa comes late | 21<br>Audrey out, no sub<br>11:15 AM Audra Recess duty<br>1:15 PM KM Naps Tammi<br>2:00 PM Audra covers 1W<br>3:30 PM Tammi Dismiss Caitlin | 22<br>Audrey out, no sub<br>Nancy Subs for Ms. Brug<br>LaTonya subs for Eric<br>2:15 PM Ran Math 3B<br>4:15 PM Stan Friend Meeting | 23 |
| 24<br>Nancy Subs for Ms. Brug<br>Audrey out no sub<br>LaTonya subs for Eric<br>8:00 AM Nathan covers Lisa<br>11:00 AM Rachel subs 2T<br>11:30 AM Recess duty coverage needed<br>2:15 PM Tammi Cover Lisa<br>2:45 PM Rachel subs 2T<br><br>Lisa comes late | 25<br>Audrey out, no sub<br>Nancy Covers 3B<br>8:00 AM Nathan covers 2B<br>9:30 AM LaTonya Subs 2B<br>12:15 PM Rachel brings in 2T from recess<br>12:30 PM Nancy covers recess duty<br>1:30 PM Ryan subs JBU<br>2:05 PM Nathan covers 1W | 26<br>LaTonya Covers KH<br>Kaarem covers KM<br>11:30 AM Audrey subs for Lee Ann<br>6:00 PM AXL READING NIGHT!! | 27<br>Kaarem Coverage Audrey<br>Kaarem Coverage Audrey<br>1:15 AM Recess Duty<br>2:05 PM Nathan covers 1W | 28<br>CK Coverage Ryan<br>Nancy subs Emily<br>Laura out, Kaarem, el support Kaarem<br>8:00 AM Nathan Covers Kaarem<br>12:30 PM Jennifer Stuck covers PreK (Kaarem)<br>2:05 PM Nathan covers 1W<br>2:40 PM Tammi Sub Sylvia<br>3:45 PM Rachel dismiss 2T | 29 | 30 |

# May 2011

- AXL Academic Calendar
- Sub Schedule
- Calendar

April 2011
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

May 2011
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2011
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 — Nancy Covers 4L; Julie Covers JBU; 9:45 AM Tammi Cover 4L; 2:05 PM Nathan covers 1W | 3 — 2:05 PM Nancy Covers 1W; 4:00 PM Nathan Closes (sub Rachel) | | 4 — Julie Subs for Micah; Erik out; LaTonya subs; 9:00 AM Rob/Phoebe; 11:15 AM Recess Duty; 2:05 PM Nathan covers 1W; 3:00 PM Tammi Covers Sylvia; 5:00 PM | 5 — Rachel out; no sub; Ryan Cover Emily; LaTonya Covers 4V; 8:30 AM Tammi cover Tulane; 2:05 PM Nathan covers 1W; 4:00 PM Sarah Dismiss CC | 6 | 7 |
| 8 | 9 — 11:45 AM Audrey subs Recess; 2:05 PM Nathan covers 1W; 2:30 PM Audrey covers 2T? | 10 — Julie Subs for Amie, No ELD; LaTonya subs for Micah; 2:05 PM Nathan covers 1W | | 11 — Laura Subs for Reed; Lee Ann and Nathan sub for Karem; 11:15 AM Recess Duty; 2:05 PM Nathan covers 1W | 12 — Nancy Subs for Karem; Micah out; LaTonya subs; 2:05 PM Nathan covers 1W | 13 | 14 |
| 15 | 16 — 2:05 PM Nathan covers 1W | 17 — 8:00 AM Passages Schedule students; 2:05 PM Nathan covers 1W; 3:00 PM Audrey covers for Erik | | 18 — Ryan subs for Shannon; 11:15 AM Recess Duty; 11:45 AM Nancy subs for Joe, Audrey subs for Ala; 2:05 PM Nathan covers 1W | 19 — Julie subs for Allison; No ELD; LaTonya subs for Shannon; Nancy subs for 4L; 8:00 AM Tammi covers MAP; 11:15 AM Audrey sub recess for Audra; 2:05 PM Nathan covers 1W | 20 | 21 |
| 22 — Sarah out (call-in); Aria Out (Planned — king both classes); Jackry out (call-in); Nichole out (call-in); 2:05 PM Nathan covers 1W | 23 — 12:00 PM Tammi Recess Duty; 1:00 PM Rachel Recess Duty; 2:05 PM Nathan covers 1W | 24 | | 25 — 8:00 AM Ryan covers 1W; 11:15 AM Nancy cover recess duty; 12:45 PM Lydia Covers Recess duty?; 2:05 PM Nathan covers 1W; 2:55 PM Nathan covers 3C; 3:45 PM Aria dismiss 3C; 4:15 PM RTI Meeting | 26 — LaTonya subs for JBU; Julie Subs for EAK; No ELD; 2:05 PM Nathan covers 1W | 27 | 28 — 4:00 PM Birthday Party for A and O |
| 29 — Memorial Day — No School | 30 | 31 — LaTonya subs for 4L; Nancy Out; 2:05 PM Nathan covers 1W | | | | |

Page 26

# une 2011

▌ AXL Academic Calendar
▌ Sub Schedule
▌ calendar

**May 2011**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**June 2011**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**July 2011**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| | | | | ▬ 12:00 PM Audrey Recess<br>▬ 2:05 PM Nathan covers 1W<br>▬ 3:00 PM LaTonya Sub KH | Nancy subs for Aja<br>Julie subs CC<br>LaTonya Subs for Micah<br>▬ 2:05 PM Nathan covers 1W | New Event |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Ryan subs 2b<br>▬ 11:15 AM Car @ Recess<br>▬ 2:05 PM Nathan covers 1W | Julie Subs 2b<br>▬ 2:05 PM Nathan covers 1W | ▬ 10:30 AM Nancy covers 2T | Let's Dig! for Students<br>▬ 11:15 AM Recess Duty<br>▬ 2:05 PM Nathan covers 1W | Let's Dig! for Students | Student Led Conferences | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| Professional Development | Professional Development | Professional Development | | | | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| | | | | | | |
| 26 | 27 | 28 | 29 | 30 | | |
| | | | | | | |