**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01384-LTB-BNB

LISA WATERS, an individual,

       Plaintiff,

v.

AXL CHARTER SCHOOL, a Colorado non-profit public charter school,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The Joint Motion for Mediation and Stay (Doc 17 - filed May 15, 2013) is **GRANTED**. The parties are directed to contact Magistrate Judge Boland's chambers to schedule a mediation as promptly as possible.  All other matters in this case are stayed pending the mediation of this matter.


Dated:  May 16, 2012

---