# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No.  12-cv-01384-LTB-BNB

LISA WATERS, an individual,

       Plaintiff,

v.

AXL ACADEMY CHARTER SCHOOL, a Colorado non-profit public charter school,

       Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 22 - filed July 18, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   July 19, 2013